# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CARL R. CLAY JR. and )
SUSAN CLAY )
        )
        )
    Plaintiffs, )
        )
    v. )    Civil Case No. 12-077 (RJL)
        )
BLUE HACKLE NORTH )
AMERICA, LLC, *et al.,* )
        )
    Defendants. )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

3• day of November, 2012, hereby

**ORDERED** that the defendants' Motion to Dismiss [Dkt. #3] is **GRANTED.**

**ORDERED** that plaintiffs' Complaint [#1] is **DISMISSED.**

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge